THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES OBRIETES, Appellant.

Argued November 27, 1945; decided January 17, 1946.

*David F. Price* for appellant.

*George J. Beldock, District Attorney (William I. Siegel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.